UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAHER A ALDHUFRI,

    Plaintiff.

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 20-cv-03702-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on September 4, 2020, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **October 9, 2020, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on September 4, 2020, for failure to prosecute, for failure to serve this action, and for failure to comply with the Court's Order of June 5, 2020. A case management conference is also scheduled for **October 9, 2020**, **at 2:00 p.m.** A case management conference statement shall be filed by October 2, 2020.

IT IS SO ORDERED.

Dated: September 8, 2020

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge