UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHER ALDHUFRI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 20-cv-03702-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 15 |

Chief Magistrate Judge Joseph C. Spero filed a report recommending dismissal of this case without prejudice under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure. Dkt. No. 15. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

There still is no indication on the docket that Aldhufri has served the complaint. In addition, Aldhufri did not file a case management statement by November 27, 2020, as he was directed to do. *See* Dkt. No. 18.

Consequently, the Court adopts the report and recommendation in full, and finds that dismissal without prejudice is appropriate because of the lack of prejudice to defendants.

**IT IS SO ORDERED.**

Dated: December 1, 2020

JAMES DONATO
United States District Judge